

**LAW OFFICES OF WILLIAM CAFARO**

William Cafaro, Esq.
ADMITTED IN NY, CA, MD & TX

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
Email: bcafaro@cafaroesq.com

www.cafaroesq.com

Amit Kumar, Esq.
Associate
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

Andrew S. Buzin, Esq.
Of Counsel
ADMITTED IN NY, FL & DC

May 22, 2015

<u>Via ECF</u>
Hon. Laura Taylor Swain, U.S.D.J
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007-1312

        Re:    Castro *et al* v. 3920 BWY Rest. Inc. *et al*
               Docket No.: 14-Civ-9788 (LTS)

Your Honor:

      I am the attorney for the Plaintiffs in the above-referenced action. Plaintiffs filed this action for minimum wage and overtime compensation, liquidated damages, and attorneys' fees owed pursuant to the Fair Labor Standards Act, 29 USC §§ 201 *et seq*. ("FLSA") as well as Articles 6 & 19 of the New York Labor Law ("NYLL"). Plaintiffs have further alleged tip misappropriation, spread of hours violations under the NYLL and violations of the substantive contract law of the state of New York.

      I write to respectfully request that the Court adjourn the upcoming initial pre-trial conference currently scheduled for May 29, 2015, at 10:15AM. There has been one previous request to adjourn this conference. I am requesting this adjournment because no attorney has filed a notice of appearance in this matter and I have not received any communication from an attorney or the Defendants in this action.

      Further, pursuant Section A(2)(d) of Your Honor's Individual Rules of Practice I am advising the Court of the Plaintiffs' desire to seek a default judgment in this matter. Kindly advise if the Court requires any specific submissions with the Plaintiff's default motion.

                                       Respectfully submitted,
                                       Law Offices of William Cafaro


                                       _/s/Amit Kumar_____
                                       Amit Kumar (AK0822)
                                       *Attorneys for the Plaintiffs*

**2** | Page
Castro v. 3920 Bwy Rest. Inc. *et al*
Docket No.: 14-Civ-9788 (LTS)


cc:

3920 BWY REST INC. d/b/a PARRILLA LATIN BISTRO
d/b/a PARILLA STEAKHOUSE
3920 Broadway
New York, NY 10032

PARRILLA GRILL REST. INC.
d/b/a 137 BAR AND GRILL
3379 Broadway
New York, NY 10031

OMAR AROCHO
3920 Broadway
New York, NY 10032

MANUEL HERNANDEZ
3920 Broadway
New York, NY 10032

JOSE HERNANDEZ
3920 Broadway
New York, NY 10032

GINO HERNANDEZ
3920 Broadway
New York, NY 10032