UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
CARLOS CASTRO, et al.,                                      :
                                                            :
                    Plaintiffs,          :    ORDER
                                                            :
       -v.-                                                 :
                                         :    14 Civ. 9788 (LTS) (GWG)
                                                            :
3920 BWY REST INC., et al.,              :
                                                            :
                    Defendants.          :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

   No objection having been filed to the application in Docket # 75 by the required deadline, and the Court having independently determined that the proposed sanction amount is reasonable, Mr. Daniel Michael O'Hara , Jr. and all defendants in this case are ordered to pay Amit Kumar the amount of $1127.50 as a sanction pursuant to Fed. R. Civ. P. 37 on or before November 22, 2019.

   SO ORDERED.

   Dated: November 15, 2019
          New York, New York

                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge