USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS CASTRO, et al.,

                Plaintiffs,

-v.-

3920 BWY REST INC., et al.,

                Defendants.
------------------------------------------------------------X

ORDER
14 Civ. 9788 (LTS) (GWG)

       No party having filed a summary judgment or other dispositive motion by the deadline stated in the Order dated November 15, 2019 (Docket # 77), all that remains in this case prior to the final pre-trial conference before Judge Swain is for the parties to make the filings required by paragraphs 2, 4, 5, and 6 of "Judge Swain's Order Regarding Pre-trial Requirements in this Matter," which is included in Docket # 77.

       The Court is now advancing the deadlines in these paragraphs. The conference required by paragraph 3 of "Judge Swain's Order Regarding Pre-trial Requirements in this Matter" shall take place on or before January 29, 2020. The filings required by paragraphs 2, 4, 5, and 6 of "Judge Swain's Order Regarding Pre-trial Requirements in this Matter" must be made on or before February 19, 2020.

       SO ORDERED.

Dated: January 15, 2020
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge