

# LAW OFFICES OF WILLIAM CAFARO

| | | |
|---|---|---|
| *William Cafaro, Esq.*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com<br><br>*Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com | 108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>www.cafaroesq.com | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com<br><br>*Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC |

January 30, 2020

**Via ECF**
Hon. Gabriel W. Gorenstein, U.S.M.J
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
2/11/20

Re: *Castro, et al v. 3920 BWY Rest. Inc. et al*
Case No. 14-cv-09788 (LTS) (GWG)

Your Honor,

This firm represents the Plaintiffs in the above referenced action brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). We write, with the consent of Answering Defendants' counsel, to request an extension of time to file the filings required in by Paragraphs 2, 4, 5, and 6 of Judge Swain's Order Regarding Pre-trial Requirements in this Matter. *See*, Doc. # 77.

On January 15, 2020, the Court shortened the Parties deadline to make these filings to on or before February 19, 2020. The Parties are requesting a short, 30 day extension of this deadline from February 19, 2020 to March 20, 2020. No previous requests for an extension of time concerning these filings have been made. The Parties are requesting this relief for several reasons however the main reason is that the Parties have begun settlement discussions in earnest and extending this deadline will conserve the Defendants' litigation resources which may be used to pay the Plaintiffs in this action. Moreover, undersigned counsel has potential scheduling difficulties due to two upcoming trials in the Southern and Eastern Districts of New York.

We thank the Court for its courtesy in this regard.

Respectfully submitted,
LAW OFFICES OF WILLIAM CAFARO

Granted.

SO ORDERED. DATE: 2/11/20
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE