UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CARLOS CASTRO et al.,

       Plaintiffs,

  -v-                                    No.  14 CV 9788-LTS

3920 BWY Rest Inc. et al.,

       Defendants.

-------------------------------------------------------x

## Order

The final pretrial conference scheduled for July 17, 2020, is rescheduled to **September 11, 2020, at 11:00 a.m.**


SO ORDERED.

Dated: New York, New York
       July 1, 2020

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge