

| | | |
|---|---|---|
| *William Cafaro, Esq.*<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com<br><br>*Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com<br><br>*Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | **LAW OFFICES OF WILLIAM CAFARO**<br><br>108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>*www.cafaroesq.com* | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com<br><br>*Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com<br><br>*Deena L. Buchanan, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY & NJ |

> Application for an adjournment granted. The final pretrial conference is adjourned to 9/17/2020 at 2:00 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> September 8, 2020

**<u>Via ECF</u>**

Hon. Philip M. Halpern, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re: *Castro, et al v. 3920 BWY Rest. Inc. et al*
Case No. 14-cv-09788 (PMH) (GWG)

Your Honor,

   This firm represents the Plaintiffs in the above referenced action brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). We write, with the consent of Answering Defendants, to request an adjournment of the final pretrial conference currently scheduled for September 10, 2020. No previous requests for an adjournment of this conference have been made. We are requesting this relief due to a calendar conflict in our personal calendar which cannot be rescheduled. We have conferred with Defendants' counsel and request that the counsel be adjourned to October 5, 2020 or October 8, 2020.

   We thank the Court for its courtesy in this regard.

                   Respectfully submitted,
                   LAW OFFICES OF WILLIAM CAFARO

                   _____
                   By Amit Kumar (AK 0822)
                   *Attorneys for Plaintiffs*
                   108 West 39th Street, Suite 602
                   New York, New York 10018
                   (212) 583-7400
                   AKumar@CafaroEsq.com

CC:
Defense Counsel (via ECF)